✎ GAM 35  
(Rev. 2/06)

**Report and Order Terminating Supervised Release**
**Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Crim. No. 4:05-CR-33-001 (CDL) |
| **MELISSA TURNER** | |

On November 16, 2018, the supervised releasee was released from the Bureau of Prisons, and the term of supervised release began in the Northern District of Georgia. Melissa Turner has complied with the rules and regulations of supervised release, has met the criteria for early termination as outlined in the Monograph 109 as approved by the Administrative Office of the United States Courts, and is no longer in need of supervision.

Respectfully submitted,

*Jeannie P. Grizzard*

Jeannie P. Grizzard  
Drug & Alcohol Treatment Specialist

## ORDER OF COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this   7th   day of   May  , 2020.

s/Clay D. Land  
CLAY D. LAND  
CHIEF U.S. DISTRICT JUDGE